IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-01784-als7 |
| | ) | |
| AUSTIN JAMES UTHE, | ) | MOTION FOR CONTEMPT |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

COMES NOW Austin Uthe, the Debtor herein, by his attorney, Robb D. Goedicke, and for this Motion against Terry Lehrman, the Creditor herein, respectfully states to the Court the following:

1. A Voluntary Petition under Chapter 7 of Title 11 U.S.C. was filed by the Debtor in the bankruptcy case indicated in the above caption.

2. The voluntary petition listed the creditor, Terry Lehrman, as an unsecured creditor in Schedule E/F.

3. Creditor Lehrman did not file any affirmative action to exempt his debt from potential discharge.

4. Austin Uthe received a discharge on December 29, 2020.

5. On or about November 3, 2023, property belonging to Austin Uthe was seized by Creditor Lehrman in furtherance of collection efforts of the debt discharged.

6. The property seized by Creditor Lehrman was not returned to Austin Uthe until a State Court order was issued on April 8, 2024.

7. Creditor Lehrman should be held in contempt for violating this Court's discharge order of December 29, 2020.

8. Creditor Lehrman should be ordered to pay Austin Uthe compensatory and exemplary damages including reasonable attorney's fees.

WHEREFORE, the Debtor, Austin Uthe, respectfully requests this Court enter an order finding Creditor Lehrman in contempt for violating the Discharge Order, ordering Creditor Lehrman to pay compensatory and exemplary damages including reasonable attorney's fees.

Respectfully submitted,
/s/ Robb D. Goedicke
Robb D. Goedicke          AT0002845
Neighborhood Law Group of Iowa, P.C.
1601 West Lakes Pkwy, Suite 210
West Des Moines, IA 50266
Telephone: 515-225-1499
Email: robb@nlgiowa.com
ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-01784-als7 |
| | ) | |
| AUSTIN JAMES UTHE, | ) | |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, the Attorney for the Debtor(s) in this case, certify that I served the Motion for Contempt upon all parties registered with the United States Bankruptcy Court - Southern District of Iowa electronic filing system, by sending true copies of these documents through electronic filing, on the 5h day of June 2025.  Allison Steuterman, attorney for Terry Lehrman, will be served by personal process of service.

/s/ Robb D. Goedicke
Robb D. Goedicke