| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF IOWA | |
| In The Matter Of<br><br>AUSTIN JAMES UTHE,<br><br>Debtor. | Case No. 20-01784-als7<br><br>**APPEARANCE OF ALLISON M. STEUTERMAN FOR CREDITOR TERRY LEHRMAN** |

COMES NOW Allison M. Steuerman, of Brick Gentry, P.C., and hereby enters her Appearance on behalf of Creditor Terry Lehrman in this matter.

Respectfully submitted,

By: /s/ *Allison M. Steuterman*
Allison M. Steuterman (AT0007558)
BRICK GENTRY, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: 515-274-1450
Facsimile: 515-274-1488
E-mail: allison.steuterman@brickgentrylaw.com
ATTORNEY FOR TERRY LEHRMAN

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2025, a copy of the foregoing pleading was electronically filed with the Clerk of Court. All parties of record registered with the CM/ECF filing system will receive notification of such filing through CM/ECF. Parties of record not registered with the CM/ECF filing system will be provided notification of this filing by U.S. Mail.

By: /s/ *Allison M. Steuterman*