IN THE IOWA DISTRICT COURT FOR LUCAS COUNTY

| | |
|---|---|
| **TERRY LEHRMAN,**<br><br>　　　　　　**PLAINTIFF,**<br><br>VS.<br><br>**THOMAS J. UTHE, UTHE FARMS, INC., THOMAS E. UTHE, JODIE L. UTHE, AND AUSTIN UTHE,**<br><br>　　　　　　**DEFENDANTS.** | **CASE NO. LACV033268**<br><br><br>**PRAECIPE** |

TO:　Clerk of the District Court, Lucas County Courthouse, Chariton, IA 50049:

You are directed to issue a writ of general execution against **Uthe Farms, Inc.,** for the balance owing on the judgment herein, more particularly described as follows:

| Date of Judgment | November 21, 2022 | Balance Due on Judgment | $475,000.00 |
|---|---|---|---|
| Original Amount of Judgment | $475,000.00 | Balance Due on Court Costs | $334.50 |
| Original Amount of Court Costs | $299.50 | Balance Due on Atty Fees | $-0- |
| Original Amount of Attorney Fees | - | Unpaid Interest from 11/21/2022 – 08/24/2023 | $23,346.58 |
| Interest Rate Per Annum (statutory rate) | 6.50% | | |
| Interest Per Diem | $84.59 | TOTAL | $498,681.08 |

Please issue the writ of general execution to the **Sheriff of LUCAS County, Iowa**. The undersigned will deliver Directions to Sheriff to the Lucas County Sheriff for service.

August 24, 2023

　　　　　　　　　　　　　　/s/ Brooke S. Jacobs
　　　　　　　　　　　　　　Brooke S. Jacobs　　　(AT0009383)
　　　　　　　　　　　　　　Brick Gentry P. C.
　　　　　　　　　　　　　　6701 Westown Parkway, Suite 100
　　　　　　　　　　　　　　West Des Moines, IA 50266
　　　　　　　　　　　　　　Telephone:　515-274-1450
　　　　　　　　　　　　　　Facsimile:　515-274-1488
　　　　　　　　　　　　　　E-mail:　brooke.jacobs@brickgentrylaw.com
　　　　　　　　　　　　　　Attorneys for Plaintiff


EXHIBIT A

IN THE IOWA DISTRICT COURT FOR LUCAS COUNTY

TERRY LEHRMAN
    Plaintiff/Petitioner

vs.

AUSTIN UTHE
THOMAS J UTHE
UTHE FARMS, INC
JODIE L UTHE
THOMAS E UTHE

    Defendant/Respondent

Case No. 05591 LACV033268

**General Execution**

Docket Event Code: EGEN

TO THE SHERIFF OF LUCAS COUNTY, IOWA:

YOU ARE HEREBY COMMANDED TO LEVY ON THE FOLLOWING JUDGMENT DEBTOR(S):

Issued against UTHE FARMS, INC. as described in the "Dictation for Execution".

| | |
|---|---|
| Date of Judgment November 21, 2022 | Balance Due on Judgment $475,000.00 |
| Original Amount of Judgment $475,000.00 | Balance Due on Court Costs $334.50 |
| Original Amount of Costs $299.50 | Balance Due on Attorney Fees $0.00 |
| Original Amount of Attorney Fees $0.00 | Interest Accrued to 08/24/2023 |
| Interest Rate Per Annum 6.50% | Total Interest Due $ 23,346.58 |
| Effective From 11/21/2022 | Interest Per Diem $ 84.59 |
| Pre-judgment Accrued Interest $ | |

Dated: August 24, 2023

/s/ Jennifer Brown
Clerk of Court/Designee
LUCAS County

Requested by:

Employers to return funds to the sheriff after 120 days from the date of issuance of this writ.

IN THE IOWA DISTRICT COURT FOR LUCAS COUNTY

| | |
|---|---|
| TERRY LEHRMAN<br>    Plaintiff/Petitioner<br><br>vs.<br><br>AUSTIN UTHE<br>THOMAS J UTHE<br>UTHE FARMS, INC<br>JODIE L UTHE<br>THOMAS E UTHE<br><br>    Defendant/Respondent | Case No. 05591  LACV033268<br><br>**Return of Service of<br>General Execution**<br>**Under Iowa Code 626.12**<br><br>Docket Event Code:  RSEX |

Execution Issued by Clerk
August 24, 2023

Issued Against

Date Served _____

Who Served _____

Where Served _____

Date Received_____

Amount Collected _____

Amount Retained _____

Amount to Clerk _____

Sheriff, _____ County, Iowa

By _____ Deputy



# THE IOWA DISTRICT COURT FOR LUCAS COUNTY

| | |
|---|---|
| **TERRY LEHRMAN,**<br><br>　　　　　　　　**PLAINTIFF,**<br><br>VS.<br><br>**THOMAS J. UTHE, UTHE FARMS, INC., THOMAS E. UTHE, JODIE L. UTHE, AND AUSTIN UTHE,**<br><br>　　　　　　　　**DEFENDANTS.** | **CASE NO. LACV033268**<br><br><br>**DICTATION TO SHERIFF** |

TO THE SHERIFF OF LUCAS COUNTY, IOWA:

You are directed to levy under a Writ of General Execution in the above-entitled cause on the following described property:

Any and all property owned by Uthe Farms, Inc. as listed on the attached Exhibit "A located at the following addresses:

**1101 Auburn Avenue**
**Chariton, Iowa**

**116 E. Albia Road**
**Chariton, Iowa**

**HyVee Road 34 Bypass**
**Chariton, IA 50049**

**1017 Auburn Avenue W**
**Chariton, IA 50049**

**500 Cedar Street E.**
**Russell, IA  50238**

INSTRUCTIONS TO JUDGMENT HOLDER:

　　　Before any action can be taken by the County Sheriff's Office, you must indicate by checking "Yes" if this is a consumer credit transaction or "No" if this is not a consumer credit transaction.
　　　　　　Yes: ☐　　　No: ☒

　　　Dated August 25, 2023.

©The Iowa State Bar Association 2022　　　　　　　　　　　　　　　　　　　　　Form No. 314, Dictation to Sheriff
IowaDocs®　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Revised January 2019

BRICK GENTRY P.C.

/s/ Brooke S. Jacobs
Brooke S. Jacobs            (AT0009383)
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: 515-274-1450; Facsimile:  515-274-1488
E-mail:  brooke.jacobs@brickgentrylaw.com
ATTORNEY FOR Plaintiff

### Schedule J: Machinery and equipment

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct Ownership | Market Value |
|---|---|---|---|---|---|
| Kuhn Disk Mower | - | | 1990 | 100.00 % | 6,950 |
| 1000 Gallon LP Tank | - | | 2014 | 100.00 % | 1,000 |
| JD 2700 Disk Ripper | - | | 2008 | 100.00 % | 24,500 |
| JD A Tractor | - | | 2010 | 100.00 % | 1,400 |
| JD 4x2 Gators TX | - | | 2010 | 100.00 % | 7,000 |
| H&H Tilt Bed Trailer | 2008 | | 2008 | 100.00 % | 2,000 |
| JD 612 Corn Head | - | | 2011 | 100.00 % | 50,000 |
| Hiniker Snow Plow | - | | 2000 | 100.00 % | 2,000 |
| Clarks Seed Tender | - | | 2008 | 100.00 % | 8,000 |
| Brant 35' Belt Conveyor | - | | 2005 | 100.00 % | 8,000 |
| Rickel Water Tender | - | | 1997 | 100.00 % | 10,400 |
| JD 4430 Tractor | - | | 2009 | 100.00 % | 17,000 |
| IH 966 Tractor | - | | 1999 | 100.00 % | 6,750 |
| AC LP Fork Lift | - | | 1995 | 100.00 % | 3,000 |
| JD Pallet Forks | - | | 2011 | 100.00 % | 850 |
| Walinga 614 Grain Vac | - | | 2011 | 100.00 % | 2,300 |
| JD Rear Weights 250 Skid | - | | 2012 | 100.00 % | 560 |
| JD Keycard AMS software | - | | 2005 | 100.00 % | 11,500 |
| JD GreenStar 2630/3000ITC | - | | 2012 | 100.00 % | 17,000 |
| JD GS2 2600/ITC Rvrs | - | | 2008 | 100.00 % | 24,300 |
| JD AMS System | - | | 2003 | 100.00 % | 13,100 |
| ~~JD 9870 Combine~~ | ~~2009~~ | | ~~2011~~ | ~~100.00 %~~ | ~~240,000~~ |
| Strobel Supper Tender | - | | 2009 | 100.00 % | 15,000 |
| JD 1770 CCS Planter | 2004 | | 2005 | 100.00 % | 100,000 |
| Hiniker Hydrablade | - | | 1995 | 100.00 % | 2,000 |
| Feteral Grain Augar | - | | 2002 | 100.00 % | 11,500 |
| Walinga 614 Grain Vac | - | | 1999 | 100.00 % | 12,000 |
| Bushog Brush Mower | - | | 1998 | 100.00 % | 1,800 |
| Brent 640 Wagons | - | | 1996 | 100.00 % | 12,000 |
| JD 8520 Tractor | 2003 | | 2003 | 100.00 % | 175,000 |
| JD 215 Trimmer | - | | 1995 | 100.00 % | 300 |
| JD 2BU Leaf Blower | - | | 1995 | 100.00 % | 195 |
| Gateway Computers | - | | 1995 | 100.00 % | 1,500 |
| Sears Tiller | - | | 2003 | 100.00 % | 500 |
| JD 955 Tractor / 72" Deck | - | | 1999 | 100.00 % | 12,000 |
| Ag-Chem Terragator 2505 | 1986 | | 2011 | 100.00 % | 36,500 |
| Motorolla FM Handhelds | - | | 2011 | 100.00 % | 1,000 |
| Feteral Grain Auger (2) | - | | 2012 | 100.00 % | 200 |
| JD 2630 Tractor w/ loader | - | | 2012 | 100.00 % | 6,700 |
| Oxygen Acteylene Torch | - | | 2006 | 100.00 % | 1,500 |
| Brent 1084 Grain Cart (1) | - | | 2007 | 100.00 % | 37,000 |
| 8"x24' Grain Bin Sweep | - | | 2007 | 100.00 % | 300 |
| 550 Gallon Fuel Trailer | - | | 2006 | 100.00 % | 3,300 |
| JD 1293 Corn Reel | - | | 2007 | 100.00 % | 700 |
| Grain Vac Tubes | - | | 2007 | 100.00 % | 2,000 |
| JD 9400T Tractor | - | | 2009 | 100.00 % | 112,000 |
| J&M Head Trailer 36' | - | | 2008 | 100.00 % | 5,600 |
| JD 1690 Seeder | - | | 2004 | 100.00 % | 45,000 |
| Brent 1084 Grain Cart (2) | - | | 2004 | 100.00 % | 31,000 |
| Mauer Head Trailer | - | | 2010 | 100.00 % | 5,700 |

FINPACK © Center For Farm Financial Management
University of Minnesota

Prepared by:
Wells Fargo Bank, N.A.


EXHIBIT "A"

*Schedule J: Machinery and equipment (cont)*

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct Ownership | Market Value |
|---|---|---|---|---|---|
| Ingersol Air Compressor | - | | 2004 | 100.00 % | 2,000 |
| Brent 640 Wagon Tarps | - | | 2004 | 100.00 % | 2,650 |
| Keifer Flatbed Trailer | 2003 | | 2009 | 100.00 % | 2,800 |
| JD 635F Bean Head | 2006 | | 2010 | 100.00 % | 26,500 |
| JD 250 Skid Loader | - | | 2009 | 100.00 % | 11,000 |
| Westfield 10"x31' Auger | - | | 2011 | 100.00 % | 3,900 |
| ~~JD 9330 Tractor~~ | ~~2009~~ | | ~~2013~~ | ~~100.00 %~~ | ~~226,000~~ |
| Krause Excellerator VT | 2014 | | 2014 | 100.00 % | 115,000 |
| IH 1086 Tractor | - | | - | 100.00 % | 12,000 |
| ~~JD 7000 Planter~~ | - | | - | ~~100.00 %~~ | ~~1,500~~ |
| JD 4-Row Cultivator | - | | - | 100.00 % | 500 |
| JD 1010 Field Cultivator | - | | - | 100.00 % | 500 |
| Tye Grain Drill 15' | - | | - | 100.00 % | 1,500 |
| Honda Generator | 2013 | | - | 100.00 % | 2,700 |
| Hotsy Power Washers | 2006 | | - | 100.00 % | 6,000 |
| 2000 Gallon Fuel Tank | - | | - | 100.00 % | 3,500 |
| Ingersoll Air Comp (2) | - | | - | 100.00 % | 4,000 |
| JD 2018 Rotary Mower | - | | - | 100.00 % | 6,500 |

Total machinery and equipment    1,518,455

*Schedule K: Titled vehicles*

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct. Ownership | Market Value |
|---|---|---|---|---|---|
| Kenworth Semi Tractor | 2001 | | 2007 | 100.00 % | 52,000 |
| Kenworth Semi Tractor | 2000 | | 2006 | 100.00 % | 25,000 |
| Kenworth Semi Tractor | 1997 | | 2007 | 100.00 % | 12,000 |
| Kenworth Semi Tractor | 1991 | | 2013 | 100.00 % | 5,000 |
| Kenworth Semi Tractor | 2012 | | 2012 | 100.00 % | 110,000 |
| Kenworth Semi Tractor | 1957 | | 2014 | 100.00 % | 10,000 |
| Kenworth Semi Tractor | 1980 | | 2014 | 100.00 % | 1,000 |
| Chevrolet Silverado | 2000 | | 2000 | 100.00 % | 20,000 |
| Chevrolet Silverado | 1986 | | 1999 | 100.00 % | 5,000 |
| Chevrolet Silverado | 2011 | | 2013 | 100.00 % | 40,000 |
| Polaris Sportsman 500 | 2013 | | 2013 | 100.00 % | 5,500 |

Total titled vehicles    285,500

*Schedule M: Land*

[handwritten: (4) 2012 Dakota Grain Trailers    30K each]

| | Acres | Mkt Value Per Acr | Market Value |
|---|---|---|---|
| Home Farm | 25 | 3,000 | 75,000 |
| Total land | 25 | | 75,000 |