IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

In The Matter Of       Case No. 20-01784-als7

**AFFIDAVIT OF TERRY LEHRMAN**

AUSTIN JAMES UTHE,

Debtor.

State of Iowa        )
                     )ss
County of Polk       )

I, Terry Lehrman, being first duly sworn on oath, depose and state as follows:

1. I am of legal age and have actual knowledge of the matters set forth in this Affidavit.
2. **I was not personally served with nor did I receive a copy of the Motion for Contempt/Motion for Sanctions for Violation of the Discharge Injunction.**
3. The 2015 Balance Sheet for Uthe Farms, Inc., which was provided with the Dictation to Sheriff on or about August 24/25, 2023 (and is also Ex. 3 to the Deposition of Thomas E. Uthe), was provided to me by Thomas E. Uthe, Joel Uthe, Austin Uthe, and Uthe Farms, Inc. in 2017 and was represented as being equipment owned by Uthe Farms, Inc., including four Dakota Grain Trailers that were written in by the Uthes.
4. This is the most recent list of farm equipment owned by Uthe Farms, Inc that was in my possession as of August 2023.
5. Based on this, as well as testimony of Thomas E. Uthe at deposition on June 4, 2021, I understood and believed the seized Dakota Trailers were all owned by Uthe Farms, Inc.
6. I never took possession of the seized Dakota Trailers and they remained with the Lucas County Sheriff until release on April 9, 2024.
7. When I inquired about releasing the seized Dakota Trailers, the Sheriff informed me that they would not do anything with the seized equipment without a Court Order.

Further Affiant Sayeth Naught.

Dated 6/24/25

_____
Terry Lehrman

Subscribed, sworn and acknowledged before me by Terry Lehrman, agent and representative of State Farm, this 24 day of June, 2025.



Notary Public in and for the State of Iowa

MERI F MERRITT
Commission Number 840522
Commission Expires
7/1/2028



EXHIBIT B