**From:** Allison Steuterman <Allison.Steuterman@brickgentrylaw.com>
**Sent:** Friday, November 10, 2023 11:25 AM
**To:** Robb Goedicke <robb@nlgiowa.com>; Brooke Jacobs <Brooke.Jacobs@brickgentrylaw.com>
**Subject:** Re: Lehhrman v. Uthe Farms

I will pass on your concern regarding the titles to the attorney handling the collections. We have yet to be provided a listing of equipment procured by the Sherrif under the General Execution. That equipment remains with the Sherrif and is not in my client's possession nor have any funds been obtained by my client from the procurement of the equipment. In fact, he has had to pay $20,000 in advance to the Sherriff, not to mention the other costs of collection.

If you could identify for me funds you believe my client has received in payment on the Uthe Farms, Inc/Thomas Uthe/Jodie Uthe judgment that have not been accurately reflected I would be happy to look into the matter.

Allison Steuterman
Shareholder
[OBJ]
Brick Gentry Law, PC
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
515-274-1450
www.brickgentrylaw.com

Confidentiality Notice: The information contained within this transmission (including all attached files) contains confidential information belonging to the sender, which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on or regarding the contents of this information is strictly prohibited. If you have received this correspondence in error, immediately notify the sender to secure its prompt return.

Circular 230 Disclaimer: To ensure compliance with Treasury Regulations governing written tax advice, please be advised that any tax advice included in this communication, including any attachments, is not intended, and cannot be used, for the purpose of (i) avoiding any federal tax penalty or (ii) promoting, marketing, or recommending any transaction or matter to another person.



EXHIBIT D

**From:** Robb Goedicke <robb@nlgiowa.com>
**Sent:** Friday, November 10, 2023 11:00 AM
**To:** Allison Steuterman <Allison.Steuterman@brickgentrylaw.com>
**Subject:** Lehhrman v. Uthe Farms

Allison,

We have provided you with notice of our filing a Chapter 12 Bankruptcy. Additionally, I have attached titles to two of the trailers that were seized by your direction. These do not belong to Uthe Farms and should immediately be returned to their owner.

I will be seeking an accounting in the Lucas County case of what funds your client has now received because I do not believe these have been accurately reflected in your documents filed with the court.

Robb

# Robb D. Goedicke
Attorney & Mediator

## Neighborhood Law Group of Iowa, PC
2600 Vine Street, Ste 300
West Des Moines, IA  50265
Ph. (515) 225- 1499
Fax (515) 650-9320
nlgiowa.com
robb@nlgiowa.com

The e-mail and any attached documents contain information from the law firm of Neighborhood Law Group of Iowa, P.C. which may be confidential and/or legally privileged. These materials are intended only for the personal and confidential use of the addressee identified above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmitted information is strictly prohibited. If you have received e-mail in error, please notify this firm. Thank you.