# Allison Steuterman

**From:** Brooke Jacobs
**Sent:** Tuesday, April 2, 2024 4:03 PM
**To:** Allison Steuterman
**Subject:** Fwd:

Thank-you,

Brooke S. Jacobs
Shareholder
Brick Gentry, P.C.
515-274-1450

Begin forwarded message:

> **From:** Sam Marks <sam@markslawdm.com>
> **Date:** December 18, 2023 at 2:16:46 PM CST
> **Subject: Re:**
>
> I appreciate the heads up. I will evaluate the current situation and let you know how I will proceed.
>
> sam
>
> On Mon, Dec 18, 2023 at 1:10 PM Brooke Jacobs <Brooke.Jacobs@brickgentrylaw.com> wrote:
>> Hi Sam, Pages 10-17 are relevant pages where Tom testifies (1) the equipment on exhibit 3 were owned by Uthe farms (2) that it was prepared in 2015 but accurate as of 2017 (which would have been after the alleged title
>> Transfer in 2016), (3) that the handwritten equipment (the Dakotas) were added in because they had been left off. My client does not plan to release anything voluntarily without a court order as we believe there is fraud going on here.
>>
>>
>> Thank-you,
>>
>> Brooke S. Jacobs
>> Shareholder
>> Brick Gentry, P.C.
>> 515-274-1450


EXHIBIT P36


EXHIBIT E

1