IN THE IOWA DISTRICT COURT FOR LUCAS COUNTY

| | | |
|---|---|---|
| TERRY LEHRMAN, <br>    Plaintiff, | : | CASE NO.: LACV033268 |
| | : | MOTION TO RELEASE PROPERTY |
| vs. | | |
| | : | |
| THOMAS J. UTHE, UTHE FARMS, INC., <br>THOMAS E. UTHE, JODIE L. UTHE, | : | |
|     Defendants. | | |

**COMES NOW** the Defendants, by and through their undersigned attorney, and for this Motion to Release Property, states to the Court as follows:

1. The Defendant filed Chapter 12 Bankruptcy as of November 6, 2023.

2. Notice of Bankruptcy was filed on November 9, 2023, and an Order to Stay was entered on November 13, 2023.

3. Items seized by the Plaintiff are being held by the Lucas County Sheriff's Office.

4. The seizure of these items is putting an undue hardship on the Defendant given that it was during harvest and the equipment is necessary to conduct business.

5. The undersigned requests a court order releasing all property seized (as evidenced by the attached property receipts) be released back to the Defendant immediately.

**WHEREFORE**, the Defendant respectfully requests that the seized property be released, and for any and all further relief this Court deems equitable in favor of Defendant.



EXHIBIT G

Respectfully submitted,

/s/ Robb D. Goedicke

Robb D. Goedicke                              AT0002845
Neighborhood Law Group of Iowa, P.C.
2600 Vine St, Ste 300
West Des Moines, IA  50265
Telephone: (515) 225-1499
Facsimile: (515) 650-9320
robb@nlgiowa.com

ATTORNEY FOR DEFENDANT UTHE FARMS

# LUCAS COUNTY SHERIFF'S OFFICE

## PROPERTY RECEIPT

CASE NUMBER 05591LACV033268 Reason Taken (check one) ___ Evidence ___ Safekeeping _X_ Seized

OFFICER TAKING PROPERTY Brett Tharp

DEFENDANT/CUSTODIAN Uthe Farms Inc. D.O.B. _____ OLN _____

LOCATION 116 E Albia Rd DATE 11/3/23 TIME 1420

### DESCRIPTION OF PROPERTY:

1084 grain cart Brent
JD 8520 Tractor
2001 Kenworth
(3) Dakota grain trailer
2003 International 2HSCEAXR63C065044

........................................................

### FINAL DISPOSITION OF PROPERTY

DATE PROPERTY DESTROYED _____ Officer _____

........................................................

### PROPERTY RETURNED TO OWNER

DESCRIPTION:




DATE OF RETURN _____ Officer _____


SIGNATURE OF OWNER/CUSTODIAN _____

LUCAS COUNTY SHERIFF'S OFFICE

PROPERTY RECEIPT

CASE NUMBER 05581 LACV033268  Reason Taken (check one) ___ Evidence ___ Safekeeping _X_ Seized

OFFICER TAKING PROPERTY Brett Tharp

DEFENDANT/CUSTODIAN Utle Farms Inc  D.O.B. _____ OLN _____

LOCATION 1101 Auburn Ave  DATE 11/3/23 TIME 1430

### DESCRIPTION OF PROPERTY:

IH 1086 tractor
walinga 614 Grain vac

........................................................

### FINAL DISPOSITION OF PROPERTY

DATE PROPERTY DESTROYED _____ Officer _____

........................................................

### PROPERTY RETURNED TO OWNER

DESCRIPTION:

DATE OF RETURN _____ Officer _____

SIGNATURE OF OWNER/CUSTODIAN _____