## IOWA DISTRICT COURT IN AND FOR LUCAS COUNTY

| | |
|---|---|
| TERRY LEHRMAN<br>  Plaintiff,<br><br>vs.<br><br>AUSTIN UTHE<br>THOMAS J UTHE<br>UTHE FARMS, INC<br>JODIE L UTHE<br>THOMAS E UTHE<br><br>  Defendants. | 05591  LACV033268<br><br>ORDER |

Defendants' Motion to Release Property is denied for lack of authority due to the stay pursuant to 11 U.S.C., Section 362.

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

5RCV01





State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| LACV033268 | TERRY LEHRMAN V. THOMAS J. UTHE, ET AL. |
| **Type:** | OTHER ORDER |

So Ordered

Dustria A. Relph, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2023-11-19 16:01:47