IN THE IOWA DISTRICT COURT FOR LUCAS COUNTY

| | | |
|---|---|---|
| TERRY LEHRMAN,<br>    Plaintiff, | : | CASE NO.: LACV033268 |
| | : | MOTION TO QUASH PRAECIPE AND GENERAL EXECUTION |
| vs. | | |
| | : | |
| THOMAS J. UTHE, UTHE FARMS, INC., THOMAS E. UTHE, JODIE L. UTHE,<br>    Defendants. | : | |

**COMES NOW** the Defendant, by and through undersigned attorney, and for this Motion to Quash, states to the Court as follows:

1. A Praecipe and General Execution were entered on August 24, 2023.

2. Items were seized from Uthe Farms, Inc. (some of which are not owned by Uthe Farms, Inc.) on November 3, 2023.

3. Items seized by the Plaintiff are being held by the Lucas County Sheriff's Office, pending appraisal and Sheriff's sale.

4. The outstanding judgment amount(s) contained within the praecipe and writ of general execution against Uthe Farms, Inc. are not accurate, and a judicial determination of the proper amount needs to be made.

5. Lack of judicial determination of the proper amount will result in excess payment and unjust enrichment to the Plaintiff.

**WHEREFORE**, the undersigned respectfully requests that a hearing be set on this motion, and for any and all further relief this Court deems equitable in favor of Defendant.



EXHIBIT I

Respectfully submitted,

/s/ Robb D. Goedicke

Robb D. Goedicke                    AT0002845
Neighborhood Law Group of Iowa, P.C.
2600 Vine St, Ste 300
West Des Moines, IA  50265
Telephone: (515) 225-1499
Facsimile: (515) 650-9320
robb@nlgiowa.com

ATTORNEY FOR DEFENDANT UTHE FARMS