## IOWA DISTRICT COURT IN AND FOR LUCAS COUNTY

| | |
|---|---|
| TERRY LEHRMAN<br>  Plaintiff,<br><br>vs.<br><br>AUSTIN UTHE<br>THOMAS J UTHE<br>UTHE FARMS, INC<br>JODIE L UTHE<br>THOMAS E UTHE<br><br>  Defendants | 05591  LACV033268<br><br>ORDER<br>RE: MOTION TO QUASH |

BE IT REMEMBERED this matter came on before the Court on January 8, 2024, for hearing on Defendants Motion to Quash Praecipe and General Execution.  The Court conducted the hearing by Zoom video conference.  Attorney Allison Steuterman represented Plaintiff.  Attorney Robb Goedicke represented Defendants Thomas E Uthe, Uthe Farms, Inc., and Jodie L Uthe.  Defendants Austin Uthe and Thomas J. Uthe are unaffected by the motion and this Courts order.

Thereupon, the matter proceeded to hearing as shown in the verbatim record.  At the close of the hearing, the Court advised counsel of its ruling and indicated it would file a written order consistent with that ruling.  However, while preparing the ruling, the Court realized no judgment entry appeared in the court file despite the fact Thomas E Uthe, Uthe Farms, Inc., and Jodie L Uthe executed Confessions of Judgment.

The Court has now filed a Judgment in favor of Plaintiff and against Thomas E Uthe, Uthe Farms, Inc., and Jodie L Uthe by separate order.

IT IS THEREFORE ORDERED that the Praecipe and General Execution issued in December 2023 is hereby annulled and held for naught.  Defendants motion is granted.

IT IS FURTHER ORDERED that, provided Plaintiff files a Praecipe and request for a General Execution within 48 hours of the entry of judgment, the Lucas County Sheriff shall retain the personal property previously seized and presently in his possession in connection with the General Execution.

IT IS FURTHER ORDERED that the Sheriff shall also retain the funds advanced by Plaintiff for the purpose of appraising the personal property and the Sheriff shall proceed to have such property appraised as contemplated by Iowa Code section 639.46.

EXHIBIT
K

IT IS FURTHER ORDERED that to the extent a dispute exists as to the ownership of any of the seized personal property, the Court sets a scheduling conference for 2:00 PM on February 12, 2024, to obtain a trial date.  It shall be the responsibility of Plaintiffs counsel to initiate a telephone conference call with the Rural Case Coordinator (515 286-3859) and to include Defendants counsel.  If the parties resolve the ownership issues, they shall promptly notify the Court and the Rural Case Coordinator.

IT IS FURTHER ORDERED that any Sheriffs Sale is stayed until final resolution of the disputed matters and further order of the Court.

In ADDITION to all other persons entitled to a copy of this order/notice,  the Clerk SHALL provide a copy of to the following:

Rural Case Coordinator
Lucas County Sheriff

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

5RCV01



State of Iowa Courts

**Case Number**          **Case Title**
LACV033268               TERRY LEHRMAN V. THOMAS J. UTHE, ET AL.
**Type:**                OTHER ORDER

So Ordered

Martha L. Mertz, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2024-01-11 07:35:51