# Sheriff's Appraisal

STATE OF IOWA  } ss.  Iowa District Court
Lucas COUNTY  COURT CASE # 05591LACV033268
Lucas COUNTY

Terry Lehrman PLAINTIFF

VS

Austin Uthe; Thomas Uthe; Uthe Farms INC; Jodie L Uthe; Thomas E Uthe DEFENDANT

TO: Appraisers' Names
Adam Curran and Tyler Weaver

You are notified that you are appOinted appraisers to appraise the personal property of the above defendant(s) which was levied upon by the undersigned sheriff of said county by virtue of a Generalexecution issued out of the Lucas County Clerk's Office. You will proceed to appraise all the property listed and set opposite each article the true cash value according to your best judgment. When completed you will sign and certify, and cause the same to be returned immediately to me.

| Property List: | Amount | Property List | Amount |
|---|---|---|---|
| 1084 Grain Cart Brent | $17,500.00 | Dakota Grain Trailer (4145) | $20,0000 |
| JD 852C Tractor | $70,000.00 | | |
| 2001 Kenworth | $9,000.00 | Dakota Grain Trailer (4994) | $21,000.00 |
| Dakota Grain Trailer (4995) | $21,000.00 | | |
| 2003 International 2HSCEAXR63C065044 | $7,500.00 | | |
| IH 1086 Tractor | $8,500.00 | | |
| Walinga 614 Grain Vac | $7,000.00 | | |

I certify under penalty of perjury and pursuant to the laws of the State of Iowa that the proceeding is true and correct.

X _____  Appraisal Fee  $750.00
Appraiser Signature

X _____  Appraisal Fee  $1,000.00
Appraiser Signature

| Date | Sheriff | Deputy: |
|---|---|---|
| 3/6/24 | Brett Toy | |