IOWA DISTRICT COURT IN AND FOR LUCAS COUNTY

| | |
|---|---|
| TERRY LEHRMAN<br>　　Plaintiff,<br><br>vs.<br><br>AUSTIN UTHE<br>THOMAS J UTHE<br>UTHE FARMS, INC<br>JODIE L UTHE<br>THOMAS E UTHE<br><br>　　Defendants. | 05591  LACV033268<br><br>ORDER |

A hearing was held on April 3, 2024 on Defendants' Motion to Quash Praecipe and General Execution, as well as on the issues of how much credit Defendants should receive toward the judgment previously entered herein and property ownership issues.

Post trial briefs are due on or before April 24, 2024, at which time the court will take the Motion to Quash Praecipe and General Execution and credit issues under advisement.

Based upon the record made and evidence admitted, the court finds that legal title to the Dakota grain trailers seized by the Lucas County Sheriff with serial numbers ending in 4994 and 4995 has been held by Austin Uthe since March 22, 2016 and predates any of the activities at issue herein. The court further finds that these Dakota grain trailers are exempt from execution and should be released to Austin Uthe immediately.

IT IS THEREFORE ORDERED that the Lucas County Sheriff shall release the Dakota grain trailers seized by and in the possession of the Lucas County Sheriff with serial numbers ending in 4994 and 4995 to Austin Uthe immediately.

IT IS FURTHER ORDERED that the upon Uthe Farms, Inc.'s filing of a $90,000 surety bond with the Lucas County Clerk of Court, along with filing proof of full insurance coverage against loss and liability, the Lucas County Sheriff shall release the John Deere 852C tractor to Thomas E. Uthe for the 2024 planting season. Unless otherwise ordered before July 15, 2024, the tractor shall be returned to the Lucas County Sheriff at the completion of Defendants' planting, or July 15, 2024, whichever is sooner.



EXHIBIT M

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

5RCV01



State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| LACV033268 | TERRY LEHRMAN V. THOMAS J. UTHE, ET AL. |
| **Type:** | OTHER ORDER |

So Ordered

Dustria A. Relph, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2024-04-08 15:07:46