LUCAS COUNTY SHERIFF'S OFFICE

PROPERTY RECEIPT

CASE NUMBER 05591 LACV033268  Reason Taken (check one) ____Evidence ____Safekeeping ____Seized

OFFICER TAKING PROPERTY _____

DEFENDANT/CUSTODIAN _____ D.O.B. _____ OLN _____

LOCATION _____ DATE _____ TIME _____

DESCRIPTION OF PROPERTY:

Dakota Grain trailer 4994

Dakota Grain trailer 4995

..........................................................................

FINAL DISPOSITION OF PROPERTY

DATE PROPERTY DESTROYED _____ Officer _____

..........................................................................

PROPERTY RETURNED TO OWNER

DESCRIPTION: Above

DATE OF RETURN 4/9/24 Officer Brett _____

SIGNATURE OF OWNER/CUSTODIAN _____

EXHIBIT N